UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LARRY BRYANT NETTLES,**

    Petitioner,

v.                                         **CASE NO. 5:18cv274-MCR-CAS**

**MARK S. INCH,**

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the United States Magistrate Judge's Report and Recommendation dated September 27, 2019. ECF No. 12. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having fully considered the Report and Recommendation, the objections, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 12, is adopted and incorporated by reference in this Order.

2. The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. Leave to proceed *in forma pauperis* is **DENIED**.

**DONE AND ORDERED** this 19th day of March 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**